UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                        11 CR. 12 (RMB)

   -against-

                                                       **ORDER**

SALVATOR TORTORICI,
                Defendant.
------------------------------------------------------------X

       The Court will hold a telephone status conference on Monday, June 29, 2020 at 11:00 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 1212


Dated: June 18, 2020
       New York, NY

                                                                   _____
                                                                   RICHARD M. BERMAN
                                                                      U.S.D.J.