**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                          11 CR. 12 (RMB)

   -against-

                                          **ORDER**

SALVATOR TORTORICI,
                Defendant.
------------------------------------------------------------X

      The Court will hold a telephone status conference on Tuesday, October 27, 2020 at 11:00 AM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 1212


Dated: October 21, 2020
       New York, NY

                                              _Richard M. Berman_
                                              RICHARD M. BERMAN
                                                  U.S.D.J.